WILKE FLEURY LLP
GEORGE A. GUTHRIE (SBN 201263)
gguthrie@wilkefleury.com
KATHRYNE E. BALDWIN (SBN 311052)
kbaldwin@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Plaintiff FPI MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FPI MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DB INSURANCE CO., LTD.; and Does 1 through 25, <br><br> Defendants. | Case No. 2:21-cv-00340-MCE-DB <br><br> **ORDER ON FPI MANAGEMENT, INC.'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** <br><br> Hon. Morrison C. England, Jr. <br> Date:    May 13, 2021 <br> Time:    2:00 p.m. <br> Crtrm.:    7 <br><br> Trial Date:    Not Yet Set |

Plaintiff FPI MANAGEMENT, INC.'s motion for leave to file an amended complaint (ECF No. 11) is GRANTED.  Not later than ten (10) days following the date this Order is electronically filed, Plaintiff is directed to file its Amended Complaint.  Defendants' Motion to Dismiss (ECF No. 5) and Plaintiff's Ex Parte Application to Continue resolution of the Motion to Dismiss (ECF No. 12) are DENIED as moot.

IT IS SO ORDERED.

Dated:  April 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

**FPI v. DB Insurance Co., LTD**
**Case No. 2:21-cv-00340-MCE-DB**

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Sacramento, State of California. My business address is 400 Capitol Mall, Twenty-Second Floor, Sacramento, CA 95814.

On March 29, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON FPI MANAGEMENT, INC.'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** on the interested parties in this action as follows:

Spencer A. Schneider, Esq.                    Attorneys for Defendant:
Karen E. Adelman, Esq.                        DB Insurance Co., LTD
Berman Berman Berman Schneider & Lowary, LLP
11900 West Olympic Blvd., Ste. 600
Los Angeles, CA 90064-1151
Tele: 310-447-9000
Fax: 310-447-9011
email: saschneider@b3law.com
keadelman@b3law.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 29, 2021, at Sacramento, California.

  */s/ Mya Tran*
  Mya Tran

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

2735386.1                                                    Case No. 2:21-cv-00340-MCE-DB
[PROPOSED] ORDER ON FPI MANAGEMENT, INC.'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT