WILKE FLEURY LLP
GEORGE A. GUTHRIE (SBN 201263)
gguthrie@wilkefleury.com
KATHRYNE E. BALDWIN (SBN 311052)
kbaldwin@wilkefleury.com
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Plaintiff FPI MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FPI MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DB INSURANCE CO., LTD.; and Does 1 through 25, <br><br> Defendants. | Case No. 2:21-cv-00340-MCE-DB <br><br> **FPI MANAGEMENT, INC.'S STIPULATION AND ORDER EXTENDING TIME TO FILE THIRD AMENDED COMPLAINT AND EXTENDING TIME FOR DB INSURANCE CO., LTD. TO FILE ITS RESPONSE** <br><br> The Hon. Deborah Barnes <br><br> Trial Date:          Not Yet Set |

Plaintiff FPI MANAGEMENT, INC. and Defendant DB INSURANCE CO., LTD. stipulate and agree as follows:

1.  DB INSURANCE CO., LTD. filed a motion to dismiss portions of the Second Amended Complaint on April 27, 2021;

2.  On April 28, 2021, the Court ordered the motion to dismiss would be submitted without appearance or argument;

3.  The Court released its ruling on the motion to dismiss on December 13, 2021, denying the motion in part and granting the motion in part, but allowing for leave to amend pursuant to the Court's order within twenty days after the filing of the Court's order;

4.  Accordingly, FPI MANAGEMENT, INC.'s Third Amended Complaint is presently due on January 3, 2022;

2858314.1

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

FPI MANAGEMENT, INC.'S STIPULATION AND ORDER EXTENDING TIME TO FILE THIRD AMENDED COMPLAINT AND TIME FOR DB INS. CO., LTD. TO FILE ITS RESPONSE

1        5.      Counsel for FPI MANAGEMENT, INC. have represented they will need additional time to complete and file the Third Amended Complaint in light of the holiday season and prescheduled vacations;

         6.      Plaintiff and Defendant have agreed to a ten day extension to file the Third Amended Complaint, bringing the new deadline to January 13, 2021.

         7.      Counsel for DB INSURANCE CO., LTD. have represented they will need a commensurate extension of time to prepare and file a response to the Third Amended Complaint.

         8.      Plaintiff and Defendant have agreed to a ten-day extension to respond to the Third Amended Complaint, such that DB INSURANCE CO., LTD.'s response shall be due twenty-four days after Plaintiff files its Third Amended Complaint.

         IT IS SO STIPULATED.

DATED:  December 20, 2021                WILKE FLEURY LLP


                                         By:    */s/ George A. Guthrie*
                                                 GEORGE A. GUTHRIE
                                                 KATHRYNE E. BALDWIN
                                         Attorneys for Plaintiff FPI MANAGEMENT, INC.

DATED:  December 20, 2021                BERMAN BERMAN BERMAN SCHNEIDER & LOWARY, LLP


                                         By:    /s/ *Karen E. Adelman*
                                                 SPENCER A. SCHNEIDER
                                                 KAREN E. ADELMAN
                                         Attorneys for Defendant DB INSURANCE CO., LTD.

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

2858314.1                                -2-
FPI MANAGEMENT, INC.'S STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE THIRD AMENDED COMPLAINT AND TIME FOR DB INS. CO., LTD. TO FILE ITS RESPONSE

## **ORDER**

Based on the foregoing stipulation and good cause appearing therefore, **IT is HEREBY ORDERED**:  FPI MANAGEMENT, INC. may file its Third Amended Complaint in accordance with the Court's December 13, 2021 Order on or before January 13, 2022 and DB INSURANCE CO., LTD. may file its response to the Third Amended Complaint up to, and including, twenty-four days after Plaintiff files its Third Amended Complaint.

IT IS SO ORDERED.

Dated:  December 22, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2858314.1                                          -3-
FPI MANAGEMENT, INC.'S STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE THIRD AMENDED COMPLAINT AND TIME FOR DB INS. CO., LTD. TO FILE ITS RESPONSE

Wilke Fleury LLP
Attorneys at Law
Sacramento

# PROOF OF SERVICE

**FPI v. DB Insurance Co., LTD**
**Case No. 2:21-cv-00340-MCE-DB**

**STATE OF CALIFORNIA, COUNTY OF SACRAMENTO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Sacramento, State of California. My business address is 400 Capitol Mall, Twenty-Second Floor, Sacramento, CA 95814.

On December 20, 2021, I served true copies of the following document(s) described as **FPI MANAGEMENT, INC.'S STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE THIRD AMENDED COMPLAINT AND EXTENDING TIME FOR DB INSURANCE CO., LTD. TO FILE ITS RESPONSE** on the interested parties in this action as follows:

| | |
|---|---|
| Spencer A. Schneider, Esq.<br>Karen E. Adelman, Esq.<br>Berman Berman Berman Schneider & Lowary, LLP<br>11900 West Olympic Blvd., Ste. 600<br>Los Angeles, CA 90064-1151<br>Tele: 310-447-9000<br>Fax: 310-447-9011<br>email: saschneider@b3law.com<br>keadelman@b3law.com | Attorneys for Defendant:<br>DB Insurance Co., LTD |

.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 20, 2021, at Sacramento, California.

*/s/Mya Tran*
Mya Tran

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

2858314.1

FPI MANAGEMENT, INC.'S STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE THIRD AMENDED COMPLAINT AND TIME FOR DB INS. CO., LTD. TO FILE ITS RESPONSE