UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FPI MANAGEMENT, INC., | No. 2:21-cv-00340-MCE-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DB INSURANCE CO., LTD., | |
| Defendant. | |

Presently before the Court is a Motion to Dismiss (ECF No. 27) filed by Plaintiff FPI Management, Inc. and directed toward a declaratory relief counterclaim filed by Defendant DB Insurance Co., Ltd.  Plaintiff contends that declaratory relief cause of action should be dismissed as duplicative of Defendant's breach of contract claim and because it impermissibly seeks only to redress past wrongs as opposed to declare future rights.  That Motion is DENIED.

IT IS SO ORDERED.

Dated:  May 12, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1