1  WILKE FLEURY LLP
   GEORGE A. GUTHRIE (SBN 201263)
2  gguthrie@wilkefleury.com
   KATHRYNE E. BALDWIN (SBN 311052)
3  kbaldwin@wilkefleury.com
   621 Capitol Mall, Suite 900
4  Sacramento, California 95814
   Telephone:    (916) 441-2430
5  Facsimile:    (916) 442-6664

6  Attorneys for Plaintiff FPI MANAGEMENT, INC.

7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| FPI MANAGEMENT, INC., | Case No. 2:21-cv-00340-MCE-DB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING TIMING OF DISCOVERY** |
| v. | |
| DB INSURANCE CO., LTD.; and Does 1 through 25, | The Hon. Deborah Barnes |
| | Trial Date:       Not Yet Set |
| Defendants. | |

It is hereby stipulated by the Plaintiff FPI MANAGEMENT, INC. ("FPI") and Defendant DB INSURANCE CO., LTD. ("DB") (FPI and DB collectively, the "Stipulating Parties"), together with their respective counsel as follows:

1.  Pursuant to the Court's Initial Pretrial Scheduling Order, the Court previously set deadlines by which the Stipulating Parties are to complete discovery;

2.  The Stipulating Parties began discussing the possibility of informally resolving this matter in late 2022 in an effort to avoid incurring additional legal fees and expenses;

3.  Since then, the Stipulating Parties have been engaged in good faith efforts to informally resolve this case and have avoided incurring additional fees and expenses;

4.  No trial date has ever been set in this matter;

5.  To allow the Stipulating Parties additional time needed to attempt to resolve this matter, the Stipulating Parties agree that the deadline to complete non-expert discovery shall be

continued to December 31, 2023, the deadline to disclose expert witnesses shall be continued to February 29, 2024, and the deadline to designate supplemental expert witnesses shall be continued to March 31, 2024;

6. There has not previously been a continuation of any of the above deadlines.

IT IS SO STIPULATED.

DATED:  April 5, 2023                     WILKE FLEURY LLP


By: ___/s/KATHRYNE E. BALDWIN___
KATHRYNE E. BALDWIN
Attorneys for Plaintiff FPI MANAGEMENT, INC.

DATED:  April 5, 2023                     BERMAN, BERMAN, BERMAN, SCHNEIDER & LOWARY, LLP


By: ___/s/KAREN E. ADELMAN___
SPENCER A. SCHNEIDER
KAREN E. ADELMAN
Attorneys for Defendant DB INSURANCE CO., LTD. (U.S. BRANCH)

## **ORDER**

Based on the foregoing stipulation and good cause appearing therefore, **IT IS HEREBY ORDERED:** The deadline to complete non-expert discovery is continued to December 31, 2023, the deadline to disclose expert witnesses is continued to February 29, 2024, and the deadline to designate supplemental expert witnesses is continued to March 31, 2024.

IT IS SO ORDERED.

Dated:  April 10, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE