WILKE FLEURY LLP
GEORGE A. GUTHRIE (SBN 201263)
gguthrie@wilkefleury.com
ISLAM M. AHMAD (SBN 302322)
iahmad@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:     (916) 441-2430
Facsimile:     (916) 442-6664

Attorneys for Plaintiff FPI MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FPI MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DB INSURANCE CO., LTD.; and Does 1 through 25, <br><br> Defendants. | Case No. 2:21-cv-00340-MCE-DB <br><br> **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION** <br><br> The Hon. Deborah Barnes <br><br> Trial Date:          Not Yet Set |

The Stipulation for Dismissal of Entire Action submitted by Plaintiff FPI MANAGEMENT, INC., and Defendant DB INSURANCE CO., LTD., by and through their respective counsel, is granted and this matter is dismissed.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  December 13, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE